678

No. 609. SCOTT *v.* UNITED STATES. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. L. McGuire* for petitioner.

No. 620. SLOCUM ET AL. *v.* FIRST NATIONAL BANK OF CHICAGO ET AL. January 13, 1941. Petition for writ of certiorari to the Appellate Court, 1st District, of Illinois, denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Meyer Abrams* for petitioners. *Messrs. Max Swiren* and *Frank H. Towner* for the First National Bank et al.; and *Mr. Claire W. Hardy* for A. C. Allyn & Co., respondents.

No. 622. DRAVO CONTRACTING Co. *v.* JAMES, STATE TAX COMMISSIONER. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Messrs. Wm. S. Moorhead, Lawrence D. Blair, W. Chapman Revercomb,* and *W. Elliott Nefflen* for petitioner. *Messrs. Clarence W. Meadows,* Attorney General of West Virginia, and *W. Holt Wooddell,* Assistant Attorney General, for respondent.

No. 352. SUNSHINE MINING Co. *v.* NATIONAL LABOR RELATIONS BOARD. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Joseph C. Cheney* and *Charles H. Paul* for petitioner. *Solicitor General Biddle*

and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 563. HOSTETTER *v.* UNITED STATES. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. H. F. Stambaugh* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *F. E. Youngman* for the United States.

No. 582. NEAL *v.* UNITED STATES. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edward J. Callahan* and *William J. Hughes, Jr.* for petitioner. *Solicitor General Biddle* and *Messrs. Wendell Berge, Raoul Berger, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 602. CHALK, COMMISSIONER, ET AL. *v.* UNITED STATES. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Harry McMullan,* Attorney General of North Carolina, *Lee Overman Gregory,* Assistant Attorney General, *J. Y. Jordan, Jr., J. M. Horner, Jr.,* and *Peyton Randolph Harris* for petitioners. *Solicitor General Biddle* for the United States.

No. 604. UNITED STATES NATIONAL BANK OF SAN DIEGO ET AL. *v.* COUNTY OF SAN DIEGO ET AL. January 13, 1941. Petition for writ of certiorari to the Supreme